UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES FISHER,

    Petitioner,

v.                                                Case No. 3:23-cv-554-TJC-LLL

IN THE INTEREST OF
SIMON C. TULLY,

    Respondent

## **O R D E R**

This case is before the Court on pro se Petitioner James Fisher's Motion to Proceed In Forma Pauperis (Doc. 2). On June 1, 2023, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 3) recommending that the case be dismissed for lack of subject matter jurisdiction. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 3), it is hereby

**ORDERED:**

1.    The Report and Recommendation of the Magistrate Judge (Doc. 3) is **ADOPTED** as the opinion of the Court.

2. This case is **DISMISSED without prejudice**. Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 2) is **DENIED as moot**.

3. The Clerk should terminate all pending motions and deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 26th day of June, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

rmv
Copies to:

Honorable Laura Lothman Lambert
United States Magistrate Judge

Counsel of record

Pro se Petitioner

2